UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

SANDRA MORRIS,
    Plaintiff,

v.                          Civil No. 99-2692-V

Wal-Mart Stores,
    Defendant.

## JUDGMENT IN CIVIL CASE

    This action came before the Court for a trial by jury on May 29, 2001. The plaintiff was represented by James Allen, and the defendant was represented by William Luckett.

    Decision by Court. At the conclusion of plaintiff's proof, the Court granted the defendant Motion for Judgment as a Matter of Law. The jury was excused, and the case DISMISSED.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

June 1, 2001
Date

ROBERT R. DI TROLIO
_____
Clerk

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6/5/01

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:99-CV-02692 was distributed by fax, mail, or direct printing on June 5, 2001 to the parties listed.

---

James M. Allen
BRANSON & BEARMAN, PLLC
44 N. Second Street
Ste. 701
Memphis, TN 38103

David A. Billions
ROSSIE LUCKETT PARKER & RIDDER
675 Oakleaf Office Lane
Ste. 200
Memphis, TN 38117

William O. Luckett
ROSSIE LUCKETT PARKER & RIDDER
675 Oakleaf Office Lane
Ste. 200
Memphis, TN 38117

Honorable Diane Vescovo
US DISTRICT COURT