IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
03 SEP 23 PM 4: 22
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| SANDRA MORRIS, | ) |
| Plaintiff, | ) |
| v. | ) No. 99-2692-V |
| WAL-MART STORES, INC., | ) |
| Defendant | ) |

## ORDER OF COMPROMISE SETTLEMENT AND DISMISSAL

It appearing to the Court from the statements of counsel that all matters at issue in this cause have been resolved and that all claims asserted by all parties in this cause may be dismissed with prejudice;

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that all claims asserted by all parties in this litigation are hereby dismissed with prejudice.

_Diane K. Vescovo_
U. S. DISTRICT COURT JUDGE

DATE: September 23, 2003

APPROVED:

_James M. Allen_
James M. Allen
Counsel for Plaintiff
46 North Third Street, Suite 725
Memphis, TN 38103

M RAP 718998 v1
2825865-000023  08/18/03

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-24-03

*[signature]*

R. Alan Pritchard
Counsel for Wal-Mart Stores, Inc.
20th Floor, First Tennessee Building
Memphis, Tennessee 38103
(901) 526-2000

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 64 in case 2:99-CV-02692 was distributed by fax, mail, or direct printing on September 24, 2003 to the parties listed.

---

James M. Allen
FILDERMAN & ALLEN
46 N. Third St.
Ste. 725
Memphis, TN 38103

R. Alan Pritchard
BAKER DONELSON BEARMAN & CALDWELL
First Tennessee Bank
165 Masison Ave.
20th floor
Memphis, TN 38103

Robert Di Trolio
U.S. DISTRICT COURT
Office of the Clerk
167 N. Main Street
Rm. 242 Federal Building
Memphis, TN 38103

Honorable Diane Vescovo
US DISTRICT COURT